UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-mc-0087-SPG-KS                                             Date: June 23, 2023

Title   *VPN.com LLC v. George Dikian*

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

**Proceedings: (IN CHAMBERS) ORDER GRANTING REQUEST TO TRANSFER MOTION TO QUASH SUBPOENA (DKT. NO. 1)**

On June 2, 2023, Defendant filed a Motion for Transfer of Motion to Quash a Rule 45 subpoena issued by Plaintiff to non-party Bodis, LLC ("Motion to Transfer"). (Dkt. No. 1.) Plaintiff commenced this civil action in the Central District of California and issued a Subpoena from this Court, for compliance in Middle District of Florida, Tampa Division. (*Id.*) United States Magistrate Judge Thomas G. Wilson transferred the case from Florida's Middle District on June 20, 2023. (Dkt. No. 3.)

Pursuant to Federal Rule of Civil Procedure 45, a subpoena may command compliance, including production of documents, electronically stored information, or tangible things, within the state where the person resides, is employed, or regularly transacts business. Fed. R. Civ. P. 45(c)(2). Rule 45 also provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f). Here, counsel for Bodis, LLC has expressly consented to have Defendant's Motion to Quash transferred to this district. (*See* Declaration of Johnathan Frost, ¶3, Ex. B.)

Accordingly, Defendant's **Motion to Transfer is GRANTED.**

Briefing on the Motion to Quash will proceed as follows; any opposition to the Motion to Quash shall be filed in this Court on or before July 7, 2023. Any reply (optional) may be filed on or before July 14, 2023.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

The Court will review the completed briefing and notify the parties if a hearing will be necessary to resolve the Motion to Quash.

**IT IS SO ORDERED.**

cc:   All Parties of Record
      Counsel for non-party Bodis, LLC

                                                                              :
                                                       **Initials of Preparer**   gr