Michael L. Rodenbaugh (SBN 179059)
Jonathan Frost (SBN 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone: (415) 738-8087
Email: mike@rodenbaugh.com

*Attorneys for Defendant sued as George Dikian*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VPN.COM LLC, *Plaintiff*, vs. GEORGE DIKIAN et al. *Defendants*. | CASE NO. 2:23-mc-00087-SPG-KS<br><br>**DECLARATION OF DEFENDANT IN SUPPORT OF REPLY RE MOTION TO QUASH SUBPOENA** |

I am the Defendant in this action, sued as my professional alias "George Dikian". I hereby declare under penalty of perjury that the foregoing facts are true and correct.

1. I maintain privacy of my true identity, for many reasons not related to this motion.
2. Bodis is a third party provider of domain name monetization services, such as advertising, in connection with Defendant's domain name properties. Bodis has absolutely nothing to do with domain name sales transactions such as those alleged by Plaintiff in this case.

3. I have always maintained confidentiality of my domain name monetization strategies and revenues earned from Bodis. I have never disclosed it to anyone other than my business and tax advisors.
4. This information is among my most valuable trade secrets relating to my domain name investment and sales business.
5. The requested information from Bodis is particularly valuable to companies like Plaintiff, which also own valuable domain names for purposes of monetizing and selling those domain names.
6. This kind of information is important for Plaintiff's brokerage business, as it can be used to assist in valuation and negotiation not only as to my properties, but as to third parties' with similar domains.
7. Exhibit A is a true and correct copy of Bodis' Terms of Service.
8. Exhibit B is a true and correct copy of Bodis' Privacy Policy.

RESPECTFULLY SUBMITTED,

DATED: JULY 14, 2023

By: /s/ Defendant sued as George Dikian